# **Exhibit 1**

# FIRM ORGANIZATION CHART*



**Bristol Advisors / Broad Reach Capital**



Brenda A. Smith — CEO — 100% Owner

| Risk Management | Legal | Information Technology | Trading | Sales |
|---|---|---|---|---|
| Scott Koppenheffer<br>Jason Ferrari | Andrew E. Hurni | Gregg Heimer<br>Grant Albitz | Pelican Capital<br>Rybicki Capital | George Medina |

*See bios in Appendix

PAGE 3