# **Exhibit 3**

Broad Reach Revenue Percentage Break Down as of September 30, 2016

- Dividend trade — 35%
- Volatility Skew — 18%
- VIX Spread — 32%
- Intraday Traders — 6%
- Opportunistic Trade — 9%

Total: 100%