# **<u>Exhibit 4</u>**



SEC Registered Investment Advisor
(Application Pending)


-CONFIDENTIAL-
*For Internal Use Only*

# Who We Are

A specialty RIA, led by seasoned professionals, managing $125 million of our clients' assets with a combination of open architecture investment platforms and proprietary actively traded strategies. With open architecture, you will be able to custody your funds anywhere you want.

# What We Do

Bristol Advisors, LLC specializes in implementing proprietary trading vehicles. We are positioned to utilize the experience of thousands of traders and many years of successful family office trading strategies in order to design best in class trading vehicles.



-Confidential: For Internal Use Only-

3

# Broad Reach Capital

Broad Reach Capital is a unique investment vehicle, designed for accredited investors and qualified institutional buyers. This trading strategy is intended to account for approximately 10% to 25% of a model portfolio allocation.

# Broad Reach Capital Strategist

### *BRENDA SMITH*

- Certified Public Accountant and Certified Internal Auditor
- 100% owner of FINRA registered Broker Dealer certified by WBENC; The Firm has been examined by FINRA and these results are available upon request.
- Serial Entrepreneur- Administration and Accounting firm, Healthcare Companies, Securities Firm, Investment Advisory Services, and multiple Investment and Hedge Funds
- Series 7, 24, 27, 53, 63, 79, and 99 licenses
- Received a Bachelor of Science degree in Accounting from Louisiana State University

# Distinctly Different Trading Strategies

- Dividend Trade- short calls/ long stock hedged positions

- Volatility Skew Trade- short downside puts

- VIX Options spreads engaging in volatility and statistical arbitrage

- Intra-day actively traded equities and options

*2015 performance exceeded 114% while HFRIVOL index returned 4.46%

# Dividend Trade

This specific trade involves the purchase and sale of call options for dividend paying stocks going ex-dividend the next day. Long calls are exercised and the Options Clearing Corporation assigns certain calls that are allocated to the Prime Broker. These assignments are apportioned among the customers at the Prime Broker. After the assignments are apportioned, the account will be long stock and short calls in exactly the same amount. Dividends are paid on the long shares.

**Competitive Advantage:**

- Direct access to floor brokers on PHLX
- Material barrier to entry for the trade
- Sophisticated data base of historical trends

# Example of Dividend Trade

| Trade Date | Symbol | B/S  | Quantity | Exp. Date | Strike | Price | Skate | DN  | Total DIV |
|------------|--------|------|----------|-----------|--------|-------|-------|-----|-----------|
| 2/11/2016  | SLB    | Buy  | 500      | 2/19/2016 | 60     | 8.70  |       |     |           |
| 2/11/2016  | SLB    | Sell | 100      | 2/12/2016 | 60     | 8.70  | 25    |     |           |
| 2/11/2016  | SLB    | Sell | 180      | 2/12/2016 | 60.5   | 8.20  |       |     |           |
| 2/11/2016  | SLB    | Sell | 220      | 2/19/2016 | 61     | 7.70  |       |     |           |
|            |        |      |          |           |        |       | 25    | 0.5 | 1,250.00  |

Exercised 500 SLB calls such that 50,000 shares held before assignment. Stock trading at $68.70.

Assigned on 475 SLB calls resulting in holding 2500 shares of SLB and short 25 SLB calls.

Collected dividend of $1,250 on the trade.

# Volatility Skew Trade

This trade involves the sale of short downside puts in equity and ETF products. When volatility spikes, opportunities arise to sell puts at or near the end of the volatility skew. The volatility skew relates to the fact that the world is basically long stock. Investors sell upside calls and buy downside puts in these situations. In times of fear, pricing for puts moves extremely fast creating opportunity. This strategy also utilizes a hedge at times, depending upon the circumstances.

**Competitive Advantage:**

- Direct access to trading expertise in times of market volatility
- Risk management expertise to limit potential losses, if any
- Sophisticated knowledge of historical trends taking advantage of option pricing

# Example of Volatility Skew Trade

On February 2, 2016, Sold 500 SPY puts with strike price of $174 and expiration of 2/26/16. Resulted in collecting premium of $26,000.

On February 3, closed the trade by buying back SPY puts with strike price of $174 and expiration of 2/26/2016. Resulted in payment of $21,000 premium.

Gain on the trade was $5,000.

# VIX Option Spread

This trading strategy engages in volatility statistical arbitrage. The portfolio is constructed to maximize the highest positive expectation of profits at a predetermined risk tolerance. This strategy has an efficient tax treatment as well. VIX contract is a Section 1256 contract resulting in 60% long term capital gain and 40% short term capital gain treatment.

**Competitive Advantage:**

- Automated and proprietary distribution tables utilized to predetermine expected volatility direction
- Hedged positions with highly or negatively correlated product
- Access to liquidity providers during volatile periods offer price advantage

# Example of VIX Option Spread Trade July, 2016

| July VIX Trade | Quantity of trades | Gross | Fees | Net | Avg Hold |
|---|---|---|---|---|---|
| Long | 16 | (541,079.00) | 15,284.29 | (556,363.29) | 25d 15:01 |
| Short | 6 | 1,165,156.00 | 20,179.47 | 1,144,976.53 | 21d 12:36 |
| Summary of month | | | | 588,613.24 | 24d 12:10 |

| Daily Sample VIX Spread | Wins | | Loss | | Net |
|---|---|---|---|---|---|
| 7/20/2016 | Net Realized | Avg Hold | Net Realized | Avg Hold | Net Realized |
| Call 22.00 | 82,478.05 | 13d 12:26 | (17,035.83) | 7d 20:18 | 65,442.22 |
| Call 23.00 | 99,132.11 | 14d 8:25 | 0 | 0 | 99,132.11 |
| Call 24.00 | 0 | 0 | (22,228.20) | 30d 10:56 | (22,228.20) |

*Laddered strike prices from 16-55 for VIX

-Confidential: For Internal Use Only-

12

# Intraday Equities and Options

These trading strategies involve the active trading of equity and option positions throughout the day. These trades include opportunistic price anomalies, arbitrage advantages, as well as numbers of other tactics.

**Competitive Edge:**

- Exclusive access to select among favored strategies from thousands of strategies run by family offices
- Risk monitoring on a real time basis
- Efficient execution and clearing costs for large volumes of equity and option trading- CV Brokerage Inc is an affiliated entity

# Risk Management

- Real time monitoring by team of personnel located throughout US and Canada

- Automated risk monitoring including share limits, loss limits, and notional value limitations

- Expertise in monitoring thousands of independent traders and utilizing systems to prevent trading issues

- Utilizing leverage in the most efficient manner

# Broad Reach Subscription

*Requirements:*

- Offering designed for accredited investors and qualified institutional buyers
- Minimum investment of $1,000,000
- Private Placement Memorandum, Limited Partnership Agreement, and Subscription Documentation available upon request

*Liquidity*:

Broad Reach Capital maintains a 90 day lock up for new dollars; with liquidity available after 30 days notice on the first of each month.

*Fees:*

Broad Reach Capital investment vehicle is subject to a 50% incentive allocation fee after the investor has received 8% annualized rate of return.

# Broad Reach Reporting

- Secure online access to your account
- Monthly capital and performance reporting
- GIPS compliant data available
- Independent third party administrator- Nottingham Investment Vehicle Solutions *(Located in Rocky Mount, North Carolina)*
- Independent third party accounting firm- Sanville & Co
    - *Ranked in Top 19 Auditors of Hedge Funds*
    - *Ranked in Top 9 Mutual Fund Audit CPA Firms*
    - *Located in Abington, Pennsylvania*



| BRISTOL ADVISORS, LLC | Month To Date | Year To Date |
|---|---|---|
| *Beginning Capital Balance* | | |
| *Plus Contributions* | | |
| *Less Withdrawals* | | |
| *Gains (Losses)* | | |
| *Ending Capital Balance* | | |
| *Performance Estimate* | | |

# The Bristol Advantage

- Successful proprietary active trading strategies

- Uniquely positioned to take advantage of efficient execution and clearing services

- Anchored by two family offices

- Material barriers to entry for specific trading opportunities

# Performance VS. Benchmark





200 Conshohocken State Road, Suite 211

Conshohocken, PA 19428

Phone: 610.671.2346

info@bristoladv.com