# **<u>Exhibit 9</u>**



**Ariel Shlien <ariel@surefirecapital.com>**

## Seeking high performance hedge fund
7 messages

**George Medina** <gmedina@bristoladv.com>          Fri, Aug 31, 2018 at 12:42 PM
To: "christel@surefirecapital.com" <christel@surefirecapital.com>, "ariel@surefirecapital.com" <ariel@surefirecapital.com>, "jpd@silverpalmcapital.com" <jpd@silverpalmcapital.com>

Hello Ariel and Christel,


Hope all is well. Please excuse my delay on answering. I have been on the road the last couple of days. I am available early next week for a call. Please let me know what day and time works for you. Attached please find the latest tear sheet for our fund Broad Reach for your review. Look forward to our conversation.


JP,


Thank you for the introduction. Look forward to talking to you as well.


Best Regards,



George B. Medina

Senior Managing Director

Global Sales

1633 Broadway 28th Floor

New York, NY 10019

gmedina@bristoladv.com

Desk  610-671-2342

office  610-862-0880 ext 245

Cel  917-213-5010





**CONFIDENTIALITY NOTE:** This message is for the named person's use only. It may contain confidential, proprietary or legally privileged material. No confidentiality or privilege is waived by any accidental or unintentional transmission. If you

receive this message in error, please immediately delete it and all copies of it from your system, destroy any hard copies and notify the sender. You must not, directly or indirectly, use, disclose, distribute, print or copy any part of this message if you are not the intended recipient. Bristol Advisors monitors all email and electronic communication. Bristol Advisors cannot guarantee the confidentiality of the material transmitted; therefore, information of a sensitive or confidential nature should not be transmitted. You should also be aware that Bristol Advisors will not accept orders for the purchase or sale of a security or other product via an e-mail transmission.  This email has been scanned for viruses, malware, and has been automatically archived by Mimecast Ltd.

---

 **Broad Reach Capital Deck July 2018.pdf**
102K

---

**Christel Leighton** <christel@surefirecapital.com>          Fri, Aug 31, 2018 at 2:42 PM
To: gmedina@bristoladv.com
Cc: Ariel Shlien <ariel@surefirecapital.com>, jpd@silverpalmcapital.com

Hi George,
Thank you!
Perfect, I will send a calendar invite.

Warm regards,
Christel



**Christel Leighton**
Executive Assistant to Ariel Shlien
8360 Bougainville St. Suite 201.
Montreal, Quebec H4P 2G1
Tel: 514-344-4181 ext.: 149

Securities offered through Rainmaker Securities, LLC – a registered broker dealer, Member FINRA/SIPC.  11390 W. OLYMPIC BLVD, SUITE 380, LOS ANGELES, CA 90064. Investment opportunities listed with Rainmaker Securities, LLC involve a high degree of risk, and are only suitable for "accredited investors" as defined by the U.S. Securities and Exchange Commission. All investors are encouraged to seek legal and other professional counsel prior to making any investments.

DISCLAIMER: This message and any attachment(s) is intended solely for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  The information contained within this message is not an offer to purchase or solicitation to sell securities or any other financial instrument of any kind.  Rainmaker Securities, LLC makes no representation or warranty regarding the correctness of any information contained herein.  If you have received this communication in error, please delete it and notify us immediately.

On Fri, Aug 31, 2018 at 1:54 PM George Medina <gmedina@bristoladv.com> wrote:

> Hi Christel,
>
> Yes, Tuesday will work any time between 1 PM  and 2:30 PM.  Looking forward to it. Have a great Long weekend.

Best Regards,


George B. Medina

Senior Managing Director

Global Sales

1633 Broadway 28th Floor

New York, NY 10019

gmedina@bristoladv.com

Desk  610-671-2342

office  610-862-0880 ext 245

Cel  917-213-5010





**From:** Christel Leighton [mailto:christel@surefirecapital.com]
**Sent:** Friday, August 31, 2018 1:29 PM
**To:** George Medina <gmedina@bristoladv.com>
**Cc:** Ariel Shlien <ariel@surefirecapital.com>; jpd@silverpalmcapital.com
**Subject:** Re: Seeking high performance hedge fund


Hi George,

Would next week Tuesday work for you? Ariel has some availabilities in the morning or afternoon.

10 am to 12 pm or 1 pm to 2:30 pm. I can set you up for a 30 mins call.

Please let me know what works best for you.


Warm regards,

Christel



**Christel Leighton**

Executive Assistant to Ariel Shlien
8360 Bougainville St. Suite 201.
Montreal, Quebec H4P 2G1
Tel: 514-344-4181 ext.: 149

Securities offered through Rainmaker Securities, LLC – a registered broker dealer, Member FINRA/SIPC. 11390 W. OLYMPIC BLVD, SUITE 380, LOS ANGELES, CA 90064. Investment opportunities listed with Rainmaker Securities, LLC involve a high degree of risk, and are only suitable for "accredited investors" as defined by the U.S. Securities and Exchange Commission. All investors are encouraged to seek legal and other professional counsel prior to making any investments.

DISCLAIMER: This message and any attachment(s) is intended solely for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. The information contained within this message is not an offer to purchase or solicitation to sell securities or any other financial instrument of any kind. Rainmaker Securities, LLC makes no representation or warranty regarding the correctness of any information contained herein. If you have received this communication in error, please delete it and notify us immediately.

[Quoted text hidden]
[Quoted text hidden]

---

**2 attachments**


image001.jpg
4K


image001.jpg
4K

---

**George Medina** <gmedina@bristoladv.com>             Fri, Aug 31, 2018 at 2:47 PM
To: Christel Leighton <christel@surefirecapital.com>
Cc: Ariel Shlien <ariel@surefirecapital.com>, "jpd@silverpalmcapital.com" <jpd@silverpalmcapital.com>

Hi Christel. Yes please. Have a good weekend. !

Best,

[Quoted text hidden]
[Quoted text hidden]

    [Quoted text hidden]
    [Quoted text hidden]

      [Quoted text hidden]

**CONFIDENTIALITY NOTE:** This message is for the named person's use only. It may contain confidential, proprietary or legally privileged material. No confidentiality or privilege is waived by any accidental or unintentional transmission. If you receive this message in error, please immediately delete it and all copies of it from your system, destroy any hard copies and notify the sender. You must not, directly or indirectly, use, disclose, distribute, print or copy any part of this message if you are not the intended recipient. Bristol Advisors monitors all email and electronic communication. Bristol Advisors cannot guarantee the confidentiality of the material transmitted; therefore, information of a sensitive or confidential nature should not be transmitted. You should also be aware that Bristol

Advisors will not accept orders for the purchase or sale of a security or other product via an e-mail transmission. This email has been scanned for viruses, malware, and has been automatically archived by Mimecast Ltd.

**CONFIDENTIALITY NOTE:** This message is for the named person's use only. It may contain confidential, proprietary or legally privileged material. No confidentiality or privilege is waived by any accidental or unintentional transmission. If you receive this message in error, please immediately delete it and all copies of it from your system, destroy any hard copies and notify the sender. You must not, directly or indirectly, use, disclose, distribute, print or copy any part of this message if you are not the intended recipient. Bristol Advisors monitors all email and electronic communication. Bristol Advisors cannot guarantee the confidentiality of the material transmitted; therefore, information of a sensitive or confidential nature should not be transmitted. You should also be aware that Bristol Advisors will not accept orders for the purchase or sale of a security or other product via an e-mail transmission.  This email has been scanned for viruses, malware, and has been automatically archived by Mimecast Ltd.

[Quoted text hidden]

---

**George Medina** <gmedina@bristoladv.com>                                    Tue, Sep 4, 2018 at 1:57 PM
To: Christel Leighton <christel@surefirecapital.com>
Cc: Ariel Shlien <ariel@surefirecapital.com>, "jpd@silverpalmcapital.com" <jpd@silverpalmcapital.com>

Hello all. Can we please use the following conference call number?  Might be easier than the direct line.   484-344-5209.

Best,

George B. Medina

Senior Managing Director

Global Sales

1633 Broadway 28th Floor

New York, NY 10019

gmedina@bristoladv.com

Desk  610-671-2342

office  610-862-0880 ext 245

Cel  917-213-5010



**From:** Christel Leighton [mailto:christel@surefirecapital.com]
**Sent:** Friday, August 31, 2018 1:29 PM
**To:** George Medina <gmedina@bristoladv.com>

**Cc:** Ariel Shlien <ariel@surefirecapital.com>; jpd@silverpalmcapital.com
**Subject:** Re: Seeking high performance hedge fund

Hi George,

Would next week Tuesday work for you? Ariel has some availabilities in the morning or afternoon.

10 am to 12 pm or 1 pm to 2:30 pm. I can set you up for a 30 mins call.

Please let me know what works best for you.


Warm regards,

Christel



**Christel Leighton**
Executive Assistant to Ariel Shlien
8360 Bougainville St. Suite 201.
Montreal, Quebec H4P 2G1
Tel: 514-344-4181 ext.: 149

Securities offered through Rainmaker Securities, LLC – a registered broker dealer, Member FINRA/SIPC.  11390 W. OLYMPIC BLVD, SUITE 380, LOS ANGELES, CA 90064. Investment opportunities listed with Rainmaker Securities, LLC involve a high degree of risk, and are only suitable for "accredited investors" as defined by the U.S. Securities and Exchange Commission. All investors are encouraged to seek legal and other professional counsel prior to making any investments.

DISCLAIMER: This message and any attachment(s) is intended solely for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  The information contained within this message is not an offer to purchase or solicitation to sell securities or any other financial instrument of any kind.  Rainmaker Securities, LLC makes no representation or warranty regarding the correctness of any information contained herein.  If you have received this communication in error, please delete it and notify us immediately.




On Fri, Aug 31, 2018 at 12:42 PM George Medina <gmedina@bristoladv.com> wrote:

[Quoted text hidden]
[Quoted text hidden]

---

**Ariel Shlien** <ariel@surefirecapital.com>        Tue, Sep 4, 2018 at 2:56 PM
To: gmedina@bristoladv.com, Jason Green <jason@surefirecapital.com>


Hi Georges,

Great discussion just now! Too funny that Jason and I were just speaking about Broad Reach Capital just minutes before our call! We really love this and want to learn more. Lets set-up a call with all of us and Brenda as well. Feel free to propose a few time/date options that work for you and my assistant Christel can help coordinate a time for us to connect.

If you prefer, you can click on the link below to confirm a call in a few seconds. It is a really cool system that will automatically show you my open times in your local time zone and saves a lot of back and forth... just do not forget to hit the "Confirm" button at the end! https://www.timetrade.com/book/NDJLQ

Please email us any materials we can review in advance of the call. Look forward to speaking together.

Warm regards,
Ariel



**Ariel Shlien**
8360 Bougainville St. Suite 201.
Montreal, Quebec H4P 2G1
Tel: 514-808-7617

Securities offered through Rainmaker Securities, LLC – a registered broker dealer, Member FINRA/SIPC.  11390 W. OLYMPIC BLVD, SUITE 380, LOS ANGELES, CA 90064. Investment opportunities listed with Rainmaker Securities, LLC involve a high degree of risk, and are only suitable for "accredited investors" as defined by the U.S. Securities and Exchange Commission. All investors are encouraged to seek legal and other professional counsel prior to making any investments.
DISCLAIMER: This message and any attachment(s) is intended solely for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  The information contained within this message is not an offer to purchase or solicitation to sell securities or any other financial instrument of any kind.  Rainmaker Securities, LLC makes no representation or warranty regarding the correctness of any information contained herein.  If you have received this communication in error, please delete it and notify us immediately.

[Quoted text hidden]


**image001.jpg**
4K

---

**Ariel Shlien** <ariel@surefirecapital.com>                       Wed, Sep 5, 2018 at 3:12 PM
To: gmedina@bristoladv.com, Jason Green <jason@surefirecapital.com>

Hi Georges,
Just wanted to make sure you received this.

Thanks,
Ariel



**Ariel Shlien**
8360 Bougainville St. Suite 201.
Montreal, Quebec H4P 2G1
Tel: 514-808-7617

Securities offered through Rainmaker Securities, LLC – a registered broker dealer, Member FINRA/SIPC.  11390 W. OLYMPIC BLVD, SUITE 380, LOS ANGELES, CA 90064. Investment opportunities listed with Rainmaker Securities, LLC involve a high degree of risk, and are only suitable for "accredited investors" as defined by the U.S. Securities and Exchange Commission. All investors are encouraged to seek legal and other professional counsel prior to making any investments.

DISCLAIMER: This message and any attachment(s) is intended solely for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  The information contained within this message is not an offer to purchase or solicitation to sell securities or any other financial instrument of any kind.  Rainmaker Securities, LLC makes no representation or warranty regarding the correctness of any information contained herein.  If you have received this communication in error, please delete it and notify us immediately.

[Quoted text hidden]

---

**George Medina** <gmedina@bristoladv.com>                              Wed, Sep 5, 2018 at 3:26 PM
To: Ariel Shlien <ariel@surefirecapital.com>
Cc: Jason Green <jason@surefirecapital.com>

Hi Ariel,

Yes got it. Waiting for Brenda to get back to me with schedule.

Best,

George

Sent from my iPhone
[Quoted text hidden]
[Quoted text hidden]

**As of JULY 31, 2018**

# BROAD REACH CAPITAL, LP



BROAD REACH CAPITAL, LP

## THE FUND

Broad Reach Capital, LP implements an investing strategy with the goal of achieving superior risk-adjusted returns over a broad range of market environments. The Fund utilizes a vertically-integrated platform and efficient execution platform designed to optimize a diversified combination of strategies. Our Fund maintains a high level of liquidity with a rigor and focus on creating consistent positive returns. We have accomplished this through identifying and managing trading opportunities and trading strategies coupled with a robust risk framework. The current portfolio of strategies include Dividend Capture, VIX Convergence, Volatility Skew, S&P Premium Capture, Opportunistic and Intraday Trading.

## RISK MANAGEMENT ANALYTICS

We believe that dramatically improving the risk-adjusted return of a portfolio requires a robust risk-management framework. This system must be flexible, adapting to different trading methodologies, execution styles, holding periods, underlying securities, and opportunity sizing.  We accomplish this through tailoring a risk program for every strategy, which may include hedging with options, requiring first-loss capital, building custom loss reserves, as well as a technology framework with advanced stop-loss functionality.

## GROWTH OF $1000

Growth of $1000 chart showing Broad Reach and S&P 500 TRI from Dec-14 to Jun-18. Y-axis ranges from $0 to $5,000.

## PERFORMANCE (%)

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | YTD |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2018 | 2.18 | 1.76 | 2.01 | 1.96 | 1.68 | 1.02 | 1.24 | | | | | | 12.46 |
| 2017 | 2.12 | 2.25 | 2.74 | 2.65 | 3.09 | 1.98 | 2.87 | 3.01 | 2.06 | 2.43 | 2.39 | 1.85 | 33.74 |
| 2016 | 0.68 | 1.15 | 2.12 | 2.35 | 2.96 | 3.59 | 3.75 | 4.21 | 1.97 | 2.78 | 3.02 | 2.31 | 35.59 |
| 2015 | 1.83 | 4.22 | 0.98 | 4.52 | 1.34 | 26.91 | 18.49 | 10.78 | 1.15 | 7.40 | 3.03 | 0.96 | 113.68 |

## PORTFOLIO MANAGER BIOGRAPHY

**\*Brenda Smith,** Founder and Chief Executive Officer of the Investment Manager, is a CPA, Certified Internal Auditor and International Tax Specialist. Since 1990, Ms. Smith has founded and/or invested in diversified companies and industries: accounting firms, healthcare, securities broker/dealers and investment advisory firms. She is a graduate of Louisiana State University.

## FUND HIGHLIGHTS

| | |
|---|---|
| **Strategy Inception** | January 1, 2015 |
| **Investment Manager\*** | Bristol Advisors, LLC, a 100% woman-owned business |
| **AUM** | $98MM |
| **Minimum Investment** | $1,000,000 |
| **Management Fee** | 0% |
| **Incentive Fee** | 50%; 8% Hurdle |
| **Liquidity** | Monthly |
| **Lock-Up** | None |

## SERVICE PROVIDERS

| | |
|---|---|
| **Administrator** | Nottingham Investment Vehicle Solutions (Rocky Mount, NC) |
| **Auditor** | Sanville & Co. (Abington, PA) |
| **Prime Broker** | ICBC (New York, NY) |

## CONTACT INFORMATION

**Broad Reach Capital, LP**
200 Conshohocken State Road, Suite 211
Conshohocken, PA 19428

Phone: 610.671.2346
info@bristoladv.com

**Disclaimer:** This Fact Sheet describes Bristol Advisors, LLC (the "Investment Manager") and Broad Reach Capital, LP (the "Fund"). Interests in the Fund ("Interests") have not been and will not be registered under the U.S. Securities Act of 1933, as amended (the "Securities Act"), the securities laws of any U.S. state or of any other jurisdiction.  The Interests will be offered and sold in the U.S. and abroad under one or more exemptions from the Securities Act.  Additionally, the Fund  is not registered as an investment company under the U.S. Investment Company Act of 1940, as amended. Past performance of the Fund and its principals are not indicative of future results; nor are any trading or market data presented in these materials indicative of future outcomes.