# **Exhibit 10**

As of February 28, 2018

# BROAD REACH CAPITAL, LP

## THE FUND

Broad Reach Capital, LP implements an investing strategy with the goal of achieving superior risk-adjusted returns over a broad range of market environments. The Fund utilizes a vertically-integrated platform and efficient execution platform designed to optimize a diversified combination of strategies. Our Fund maintains a high level of liquidity with a rigor and focus on creating consistent positive returns. We have accomplished this through identifying and managing trading opportunities and trading strategies coupled with a robust risk framework. The current portfolio of strategies include Dividend Capture, VIX Convergence, Volatility Skew, S&P Premium Capture, Opportunistic and Intraday Trading.

## RISK MANAGEMENT ANALYTICS

We believe that dramatically improving the risk-adjusted return of a portfolio requires a robust risk-management framework. This system must be flexible, adapting to different trading methodologies, execution styles, holding periods, underlying securities, and opportunity sizing. We accomplish this through tailoring a risk program for every strategy, which may include hedging with options, requiring first-loss capital, building custom loss reserves, as well as a technology framework with advanced stop-loss functionality.

## GROWTH OF $1000

*[Line chart showing growth of $1000 from Dec-14 to Dec-17, comparing Broad Reach (reaching ~$3,800) and S&P 500 TRI (reaching ~$1,400)]*

## PERFORMANCE (%)

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018 | 2.18 | 1.76 | | | | | | | | | | | 3.98 |
| 2017 | 2.12 | 2.25 | 2.74 | 2.65 | 3.09 | 1.98 | 2.87 | 3.01 | 2.06 | 2.43 | 2.39 | 1.85 | 33.74 |
| 2016 | 0.68 | 1.15 | 2.12 | 2.35 | 2.96 | 3.59 | 3.75 | 4.21 | 1.97 | 2.78 | 3.02 | 2.31 | 35.59 |
| 2015 | 1.83 | 4.22 | 0.98 | 4.52 | 1.34 | 26.91 | 18.49 | 10.78 | 1.15 | 7.40 | 3.03 | 0.96 | 113.68 |

## PORTFOLIO MANAGER BIOGRAPHY

**\*Brenda Smith,** Founder and Chief Executive Officer of the Investment Manager, is a CPA, Certified Internal Auditor and International Tax Specialist. Since 1990, Ms. Smith has founded and/or invested in diversified companies and industries: accounting firms, healthcare, securities broker/dealers and investment advisory firms. She is a graduate of Louisiana State University.

## FUND HIGHLIGHTS

| | |
|---|---|
| Strategy Inception | January 1, 2015 |
| Investment Manager* | Bristol Advisors, LLC, a 100% woman-owned business |
| AUM | $65MM |
| Minimum Investment | $1,000,000 |
| Management Fee | 0% |
| Incentive Fee | 50%; 8% Hurdle |
| Liquidity | Monthly |
| Lock-Up | None |

## SERVICE PROVIDERS

| | |
|---|---|
| Administrator | Nottingham Investment Vehicle Solutions (Rocky Mount, NC) |
| Auditor | Sanville & Co. (Abington, PA) |
| Prime Broker | ICBC (New York, NY) |

## CONTACT INFORMATION

**Broad Reach Capital, LP**
200 Conshohocken State Road, Suite 211
Conshohocken, PA 19428

Phone: 610.671.2346
info@bristoladv.com

---

**Disclaimer:** This Fact Sheet describes Bristol Advisors, LLC (the "Investment Manager") and Broad Reach Capital, LP (the "Fund"). Interests in the Fund ("Interests") have not been and will not be registered under the U.S. Securities Act of 1933, as amended (the "Securities Act"), the securities laws of any U.S. state or of any other jurisdiction. The Interests will be offered and sold in the U.S. and abroad under one or more exemptions from the Securities Act. Additionally, the Fund is not registered as an investment company under the U.S. Investment Company Act of 1940, as amended. Past performance of the Fund and its principals are not indicative of future results; nor are any trading or market data presented in these materials indicative of future outcomes.

# BROAD REACH CAPITAL, LP

## THE FUND

Broad Reach Capital, LP implements an investing strategy with the goal of achieving superior risk-adjusted returns over a broad range of market environments. The Fund utilizes a vertically-integrated platform and efficient execution platform designed to optimize a diversified combination of strategies. Our Fund maintains a high level of liquidity with a rigor and focus on creating consistent positive returns. We have accomplished this through identifying and managing trading opportunities and trading strategies coupled with a robust risk framework. The current portfolio of strategies include Dividend Capture, VIX Convergence, Volatility Skew, S&P Premium Capture, Opportunistic and Intraday Trading.

## RISK MANAGEMENT ANALYTICS

We believe that dramatically improving the risk-adjusted return of a portfolio requires a robust risk-management framework. This system must be flexible, adapting to different trading methodologies, execution styles, holding periods, underlying securities, and opportunity sizing. We accomplish this through tailoring a risk program for every strategy, which may include hedging with options, requiring first-loss capital, building custom loss reserves, as well as a technology framework with advanced stop-loss functionality.

## GROWTH OF $1000



## PERFORMANCE (%)

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | YTD |
|------|------|------|------|------|------|------|------|------|------|------|------|------|------|
| 2018 | 2.18 | 1.76 | 2.01 |      |      |      |      |      |      |      |      |      | 6.07 |
| 2017 | 2.12 | 2.25 | 2.74 | 2.65 | 3.09 | 1.98 | 2.87 | 3.01 | 2.06 | 2.43 | 2.39 | 1.85 | 33.74 |
| 2016 | 0.68 | 1.15 | 2.12 | 2.35 | 2.96 | 3.59 | 3.75 | 4.21 | 1.97 | 2.78 | 3.02 | 2.31 | 35.59 |
| 2015 | 1.83 | 4.22 | 0.98 | 4.52 | 1.34 | 26.91 | 18.49 | 10.78 | 1.15 | 7.40 | 3.03 | 0.96 | 113.68 |

## PORTFOLIO MANAGER BIOGRAPHY

**Brenda Smith,** Founder and Chief Executive Officer of the Investment Manager, is a CPA, Certified Internal Auditor and International Tax Specialist. Since 1990, Ms. Smith has founded and/or invested in diversified companies and industries: accounting firms, healthcare, securities broker/dealers and investment advisory firms. She is a graduate of Louisiana State University.

## FUND HIGHLIGHTS

| | |
|---|---|
| Strategy Inception | January 1, 2015 |
| Investment Manager* | Bristol Advisors, LLC, a 100% woman-owned business |
| AUM | $65MM |
| Minimum Investment | $1,000,000 |
| Management Fee | 0% |
| Incentive Fee | 50%; 8% Hurdle |
| Liquidity | Monthly |
| Lock-Up | None |

## SERVICE PROVIDERS

| | |
|---|---|
| Administrator | Nottingham Investment Vehicle Solutions (Rocky Mount, NC) |
| Auditor | Sanville & Co. (Abington, PA) |
| Prime Broker | ICBC (New York, NY) |

## CONTACT INFORMATION

**Broad Reach Capital, LP**
200 Conshohocken State Road, Suite 211
Conshohocken, PA 19428

Phone: 610.671.2346
info@bristoladv.com

**Disclaimer:** This Fact Sheet describes Bristol Advisors, LLC (the "Investment Manager") and Broad Reach Capital, LP (the "Fund"). Interests in the Fund ("Interests") have not been and will not be registered under the U.S. Securities Act of 1933, as amended (the "Securities Act"), the securities laws of any U.S. state or of any other jurisdiction. The Interests will be offered and sold in the U.S. and abroad under one or more exemptions from the Securities Act. Additionally, the Fund is not registered as an investment company under the U.S. Investment Company Act of 1940, as amended. Past performance of the Fund and its principals are not indicative of future results; nor are any trading or market data presented in these materials indicative of future outcomes.

As of JULY 31, 2018

# BROAD REACH CAPITAL, LP

## THE FUND

Broad Reach Capital, LP implements an investing strategy with the goal of achieving superior risk-adjusted returns over a broad range of market environments. The Fund utilizes a vertically-integrated platform and efficient execution platform designed to optimize a diversified combination of strategies. Our Fund maintains a high level of liquidity with a rigor and focus on creating consistent positive returns. We have accomplished this through identifying and managing trading opportunities and trading strategies coupled with a robust risk framework. The current portfolio of strategies include Dividend Capture, VIX Convergence, Volatility Skew, S&P Premium Capture, Opportunistic and Intraday Trading.

## RISK MANAGEMENT ANALYTICS

We believe that dramatically improving the risk-adjusted return of a portfolio requires a robust risk-management framework. This system must be flexible, adapting to different trading methodologies, execution styles, holding periods, underlying securities, and opportunity sizing. We accomplish this through tailoring a risk program for every strategy, which may include hedging with options, requiring first-loss capital, building custom loss reserves, as well as a technology framework with advanced stop-loss functionality.

## GROWTH OF $1000

*[Chart showing growth of Broad Reach vs S&P 500 TRI from Dec-14 to Jun-18, with Broad Reach growing to approximately $4,300 and S&P 500 TRI growing to approximately $1,400]*

## PERFORMANCE (%)

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018 | 2.18 | 1.76 | 2.01 | 1.96 | 1.68 | 1.02 | 1.24 | | | | | | 12.46 |
| 2017 | 2.12 | 2.25 | 2.74 | 2.65 | 3.09 | 1.98 | 2.87 | 3.01 | 2.06 | 2.43 | 2.39 | 1.85 | 33.74 |
| 2016 | 0.68 | 1.15 | 2.12 | 2.35 | 2.96 | 3.59 | 3.75 | 4.21 | 1.97 | 2.78 | 3.02 | 2.31 | 35.59 |
| 2015 | 1.83 | 4.22 | 0.98 | 4.52 | 1.34 | 26.91 | 18.49 | 10.78 | 1.15 | 7.40 | 3.03 | 0.96 | 113.68 |

## PORTFOLIO MANAGER BIOGRAPHY

**\*Brenda Smith,** Founder and Chief Executive Officer of the Investment Manager, is a CPA, Certified Internal Auditor and International Tax Specialist. Since 1990, Ms. Smith has founded and/or invested in diversified companies and industries: accounting firms, healthcare, securities broker/dealers and investment advisory firms. She is a graduate of Louisiana State University.

## FUND HIGHLIGHTS

| | |
|---|---|
| **Strategy Inception** | January 1, 2015 |
| **Investment Manager\*** | Bristol Advisors, LLC, a 100% woman-owned business |
| **AUM** | $98MM |
| **Minimum Investment** | $1,000,000 |
| **Management Fee** | 0% |
| **Incentive Fee** | 50%; 8% Hurdle |
| **Liquidity** | Monthly |
| **Lock-Up** | None |

## SERVICE PROVIDERS

| | |
|---|---|
| **Administrator** | Nottingham Investment Vehicle Solutions (Rocky Mount, NC) |
| **Auditor** | Sanville & Co. (Abington, PA) |
| **Prime Broker** | ICBC (New York, NY) |

## CONTACT INFORMATION

**Broad Reach Capital, LP**
200 Conshohocken State Road, Suite 211
Conshohocken, PA 19428

Phone: 610.671.2346
info@bristoladv.com

**Disclaimer:** This Fact Sheet describes Bristol Advisors, LLC (the "Investment Manager") and Broad Reach Capital, LP (the "Fund"). Interests in the Fund ("Interests") have not been and will not be registered under the U.S. Securities Act of 1933, as amended (the "Securities Act"), the securities laws of any U.S. state or of any other jurisdiction. The Interests will be offered and sold in the U.S. and abroad under one or more exemptions from the Securities Act. Additionally, the Fund is not registered as an investment company under the U.S. Investment Company Act of 1940, as amended. Past performance of the Fund and its principals are not indicative of future results; nor are any trading or market data presented in these materials indicative of future outcomes.

As of September 30, 2018

# BROAD REACH CAPITAL, LP

## THE FUND

Broad Reach Capital, LP implements an investing strategy with the goal of achieving superior risk-adjusted returns over a broad range of market environments. The Fund utilizes a vertically-integrated platform and efficient execution platform designed to optimize a diversified combination of strategies. Our Fund maintains a high level of liquidity with a rigor and focus on creating consistent positive returns. We have accomplished this through identifying and managing trading opportunities and trading strategies coupled with a robust risk framework. The current portfolio of strategies include Dividend Capture, VIX Convergence, Volatility Skew, Opportunistic and Intraday Trading.

## RISK MANAGEMENT ANALYTICS

We believe that dramatically improving the risk-adjusted return of a portfolio requires a robust risk-management framework. This system must be flexible, adapting to different trading methodologies, execution styles, holding periods, underlying securities, and opportunity sizing. We accomplish this through tailoring a risk program for every strategy, which may include hedging with options, requiring first-loss capital, building custom loss reserves, as well as a technology framework with advanced stop-loss functionality.

## GROWTH OF $1000

## NET PERFORMANCE (%)

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | YTD |
|------|------|------|------|------|------|------|------|------|------|------|------|------|------|
| 2018 | 2.18 | 1.76 | 2.01 | 1.96 | 1.68 | 1.02 | 1.24 | 2.14 | 1.94 |      |      |      | 17.10 |
| 2017 | 2.12 | 2.25 | 2.74 | 2.65 | 3.09 | 1.98 | 2.87 | 3.01 | 2.06 | 2.43 | 2.39 | 1.85 | 33.74 |
| 2016 | 0.68 | 1.15 | 2.12 | 2.35 | 2.96 | 3.59 | 3.75 | 4.21 | 1.97 | 2.78 | 3.02 | 2.31 | 35.59 |
| 2015 | 1.83 | 4.22 | 0.98 | 4.52 | 1.34 | 26.91 | 18.49 | 10.78 | 1.15 | 7.40 | 3.03 | 0.96 | 113.68 |

## PORTFOLIO MANAGER BIOGRAPHY

**\*Brenda Smith,** Founder and Chief Executive Officer of the Investment Manager, is a CPA, Certified Internal Auditor and International Tax Specialist. Since 1990, Ms. Smith has founded and/or invested in diversified companies and industries: accounting firms, healthcare, securities broker/dealers and investment advisory firms. She is a graduate of Louisiana State University.

## FUND HIGHLIGHTS

| | |
|---|---|
| **Strategy Inception** | January 1, 2015 |
| **Investment Manager\*** | Bristol Advisors, LLC, a 100% woman-owned business |
| **AUM** | $94.8MM |
| **Minimum Investment** | $1,000,000 |
| **Management Fee** | 0% |
| **Incentive Fee** | 50%; 8% Hurdle |
| **Liquidity** | Monthly |
| **Lock-Up** | None |

## SERVICE PROVIDERS

| | |
|---|---|
| **Administrator** | Nottingham Investment Vehicle Solutions (Rocky Mount, NC) |
| **Auditor** | Sanville & Co. (Abington, PA) |
| **Prime Broker** | ICBC (New York, NY) |

## CONTACT INFORMATION

**Broad Reach Capital, LP**
200 Conshohocken State Road, Suite 211
Conshohocken, PA 19428

Phone: 610.671.2346
info@bristoladv.com

**Disclaimer:** This Fact Sheet describes Bristol Advisors, LLC (the "Investment Manager") and Broad Reach Capital, LP (the "Fund"). Interests in the Fund ("Interests") have not been and will not be registered under the U.S. Securities Act of 1933, as amended (the "Securities Act"), the securities laws of any U.S. state or of any other jurisdiction. The Interests will be offered and sold in the U.S. and abroad under one or more exemptions from the Securities Act. Additionally, the Fund is not registered as an investment company under the U.S. Investment Company Act of 1940, as amended. Past performance of the Fund and its principals are not indicative of future results; nor are any trading or market data presented in these materials indicative of future outcomes.

As of OCTOBER 31, 2018

# BROAD REACH CAPITAL, LP

## THE FUND

Broad Reach Capital, LP implements an investing strategy with the goal of achieving superior risk-adjusted returns over a broad range of market environments. The Fund utilizes a vertically-integrated platform and efficient execution platform designed to optimize a diversified combination of strategies. Our Fund maintains a high level of liquidity with a rigor and focus on creating consistent positive returns. We have accomplished this through identifying and managing trading opportunities and trading strategies coupled with a robust risk framework. The current portfolio of strategies include Dividend Capture, VIX Convergence, Volatility Skew, Opportunistic and Intraday Trading.

## RISK MANAGEMENT ANALYTICS

We believe that dramatically improving the risk-adjusted return of a portfolio requires a robust risk-management framework. This system must be flexible, adapting to different trading methodologies, execution styles, holding periods, underlying securities, and opportunity sizing. We accomplish this through tailoring a risk program for every strategy, which may include hedging with options, requiring first-loss capital, building custom loss reserves, as well as a technology framework with advanced stop-loss functionality.

## GROWTH OF $1000

## NET PERFORMANCE (%)

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | YTD |
|------|------|------|------|------|------|-------|-------|-------|------|------|------|------|--------|
| 2018 | 2.18 | 1.76 | 2.01 | 1.96 | 1.68 | 1.02  | 1.24  | 2.14  | 1.94 | 0.84 |      |      | 18.08  |
| 2017 | 2.12 | 2.25 | 2.74 | 2.65 | 3.09 | 1.98  | 2.87  | 3.01  | 2.06 | 2.43 | 2.39 | 1.85 | 33.74  |
| 2016 | 0.68 | 1.15 | 2.12 | 2.35 | 2.96 | 3.59  | 3.75  | 4.21  | 1.97 | 2.78 | 3.02 | 2.31 | 35.59  |
| 2015 | 1.83 | 4.22 | 0.98 | 4.52 | 1.34 | 26.91 | 18.49 | 10.78 | 1.15 | 7.40 | 3.03 | 0.96 | 113.68 |

## PORTFOLIO MANAGER BIOGRAPHY

**\*Brenda Smith,** Founder and Chief Executive Officer of the Investment Manager, is a CPA, Certified Internal Auditor and International Tax Specialist. Since 1990, Ms. Smith has founded and/or invested in diversified companies and industries: accounting firms, healthcare, securities broker/dealers and investment advisory firms. She is a graduate of Louisiana State University.

## FUND HIGHLIGHTS

| | |
|---|---|
| **Strategy Inception** | January 1, 2015 |
| **Investment Manager\*** | Bristol Advisors, LLC, a 100% woman-owned business |
| **AUM** | $94.3MM |
| **Minimum Investment** | $1,000,000 |
| **Management Fee** | 0% |
| **Incentive Fee** | 50%; 8% Hurdle |
| **Liquidity** | Monthly |
| **Lock-Up** | None |

## SERVICE PROVIDERS

| | |
|---|---|
| **Administrator** | Nottingham Investment Vehicle Solutions (Rocky Mount, NC) |
| **Auditor** | Sanville & Co. (Abington, PA) |
| **Prime Broker** | ICBC (New York, NY) |

## CONTACT INFORMATION

**Broad Reach Capital, LP**
200 Conshohocken State Road, Suite 211
Conshohocken, PA 19428

Phone: 610.671.2346
info@bristoladv.com

---

**Disclaimer:** This Fact Sheet describes Bristol Advisors, LLC (the "Investment Manager") and Broad Reach Capital, LP (the "Fund"). Interests in the Fund ("Interests") have not been and will not be registered under the U.S. Securities Act of 1933, as amended (the "Securities Act"), the securities laws of any U.S. state or of any other jurisdiction. The Interests will be offered and sold in the U.S. and abroad under one or more exemptions from the Securities Act. Additionally, the Fund is not registered as an investment company under the U.S. Investment Company Act of 1940, as amended. Past performance of the Fund and its principals are not indicative of future results; nor are any trading or market data presented in these materials indicative of future outcomes.