# **Exhibit 11**



Ariel Shlien &lt;ariel@surefirecapital.com&gt;

## power point presentation
2 messages

**George Medina** &lt;gmedina@bristoladv.com&gt;            Thu, Oct 11, 2018 at 4:52 PM
To: Jason Green &lt;jason@surefirecapital.com&gt;
Cc: Ariel Shlien &lt;ariel@surefirecapital.com&gt;

Hi Jason,

Here's the power point presentation… I am having some IT issues trying to access historical data for three black swan situations… I will get that to you ASAP.

Best,

George B. Medina

Senior Managing Director

Global Sales

1633 Broadway 28th Floor

New York, NY 10019

[gmedina@bristoladv.com](mailto:gmedina@bristoladv.com)

Desk  610-671-2342

office  610-862-0880 ext 245

Cel  917-213-5010



**CONFIDENTIALITY NOTE:** This message is for the named person's use only. It may contain confidential, proprietary or legally privileged material. No confidentiality or privilege is waived by any accidental or unintentional transmission. If you receive this message in error, please immediately delete it and all copies of it from your system, destroy any hard copies and notify the sender. You must not, directly or indirectly, use, disclose, distribute, print or copy any part of this message if you are not the intended recipient. Bristol Advisors monitors all email and electronic communication. Bristol Advisors cannot guarantee the confidentiality of the material transmitted; therefore, information of a sensitive or confidential nature

should not be transmitted. You should also be aware that Bristol Advisors will not accept orders for the purchase or sale of a security or other product via an e-mail transmission. This email has been scanned for viruses, malware, and has been automatically archived by Mimecast Ltd.


**Broad Reach Capital Deck.pptx**
443K

---

**Jason Green** <jason@surefirecapital.com>  Thu, Oct 11, 2018 at 5:15 PM
To: George Medina <gmedina@bristoladv.com>
Cc: Ariel Shlien <ariel@surefirecapital.com>

Thank you!

Jason



Jason Green

Analyst

347-994-9824

Securities offered through Rainmaker Securities, LLC – a registered broker dealer, Member FINRA/SIPC.  11390 W. OLYMPIC BLVD, SUITE 380, LOS ANGELES, CA 90064. Investment opportunities listed with Rainmaker Securities, LLC involve a high degree of risk, and are only suitable for "accredited investors" as defined by the U.S. Securities and Exchange Commission. All investors are encouraged to seek legal and other professional counsel prior to making any investments. DISCLAIMER: This message and any attachment(s) is intended solely for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  The information contained within this message is not an offer to purchase or solicitation to sell securities or any other financial instrument of any kind.  Rainmaker Securities, LLC makes no representation or warranty regarding the correctness of any information contained herein. If you have received this communication in error, please delete it and notify us immediately.

[Quoted text hidden]



# INVESTOR
# **PRESENTATION**
February 2018



# FUND OVERVIEW:
## BROAD REACH CAPITAL, LP (THE "FUND")



**Strategy Inception Date:**

January 1, 2015

| | |
|---|---|
| **Objective** | To create a portfolio of strategies that preserve capital, generate positive returns and mitigate related risk, across a broad range of market environments |
| **Strategy** | Identify, utilize, monitor and manage the managers who execute risk strategies through proven mathematical models to generate positive uncorrelated returns. |

**Performance as of December 31, 2017:**

Since inception, 57.07% annualized return to investors, net of all fees and expenses

| | |
|---|---|
| **Competitive Advantages** | • Material barriers to entry for select strategies<br>• Access to clearing firm and floor brokers to optimize trade sequences not available electronically<br>• Co-located at Equinix NY4, the premiere financial data center, enables the Fund to expediently execute via financial services providers on the East Coast<br>• VDI technology; the Investment Manager utilizes state-of-the-art workstation virtualization technology, which gives the Portfolio Managers the ability to connect and communicate securely from anywhere in the world and to access the fastest market feeds<br>• Risk monitoring on a real-time basis<br>• Select strategies are tax-advantaged |

**AUM as of December 31, 2017:**

$65MM in investor AUM, which constitutes $150MM in regulatory AUM

| | |
|---|---|
| **Alignment of Interest** | Brenda A. Smith, 100% owner of the General Partner and Investment Manager of the Fund, with her Advisory Board and key employees constitute over 15% of the Fund |



# FIRM ORGANIZATION CHART*



**Bristol Advisors / Broad Reach Capital**

**Brenda A. Smith**
CEO
100% Owner

| Risk Management | Legal | Information Technology | Trading | Sales |
|---|---|---|---|---|
| Scott Koppenheffer<br>Jason Ferrari | Andrew E. Hurni | Gregg Heimer<br>Grant Albitz | Pelican Capital<br>Rybicki Capital | George Medina |

*See bios in Appendix

# INVESTMENT PHILOSOPHY





Bristol Advisors, LLC, has the resources, ability and access to identify managers with proven performance and capacity to generate positive uncorrelated returns across a broad range of market environments.

# PORTFOLIO CONSTRUCTION



| | Dividend Capture | Short-Term Opportunistic Trading | VIX Convergence |
|---|---|---|---|
| Goal: | • capture dividends of high-dividend-paying companies; establish deep in-the-money buy-writes and other option positions in those companies. | • profit from short-term mispricing of options. | • profit from disparities between theoretical distribution of returns as derived from the price of VIX options and historical distributions as derived from an extensive database of historical returns. |
| Why it works: | • In theory, the deep in-the-money calls that the Fund is short should be exercised "for the dividend". In practice, for a variety of reasons, not every call is exercised for the dividend. | • excess demand for options with a particular strike price often propels a short-term trading opportunity. For example, in periods where an index is experiencing stress, there is a heightened demand for out-of-the-money puts, which increases the skewing of put option pricing—the lower the strike price, the greater the implied volatility—opportunistically at times to excess. | • VIX options price is based off of the VIX futures whereas the VIX cash is based off of the S&P 500 (SPX) options. The relationships are highly correlated, but unstable, until expiration when they converge, which presents pre-expiration opportunities. |
| Competitive advantage: | • Material barrier to entry<br>• Comprehensive database of dividend-paying stocks, including information on options open interest and history of non-exercise | • Direct access to floor brokers<br>• Extensive risk management expertise to limit potential losses<br>• comprehensive database of historical trends | • Proprietary Indicator, which forecasts whether it is statistically better to be long volatility, short volatility or out of the market.<br>• Comprehensive Proprietary Database on the VIX, SPX and VXX, which enables the Portfolio Manager to create an historical distribution for the VIX and SPX returns..<br>• Proven Quantitative Models, which, based upon the probability distribution obtained from the comprehensive Database, enables the Portfolio Manager to determine the "historically correct" theoretical value for VIX and SPX options as well as the extent of the pricing inefficiencies in the various options. |
| Risk management: | • The Portfolio Manager looks to purchase individual or broad-based puts to mitigate some or all of the downside risk of the resulting position. | • On a real-time basis, positions are delta-hedged to stay within risk parameters<br>• Positions are held only for a few days at most and are frequently closed out the same day<br>• The Portfolio Manager strives not to have any extra short puts; for each short put, the Portfolio Manager purchases an equal number of nearer-term puts with the same or lower strike. | • On a real-time basis, the position is delta-hedged to stay within risk parameters.<br>• On a daily basis, the positions are re-assessed, and possibly adjusted, in light of both the Proprietary Indicator and the Quantitative Model. |

# RISK MANAGEMENT



The Fund focuses on risk-adjusted returns, which requires a robust risk-management framework:

In addition to each Portfolio Manager's own risk management approach, **the Investment Manager tailors a risk management program for each strategy,** which may include first-loss capital, custom loss reserves or advanced stop-loss functionality.



The Investment Manager's **seasoned team of investment professionals** monitors the traders and their strategies and risk positions on a real-time basis through a vertically-integrated platform.



The Fund's risk management is further enhanced through its **direct access to floor brokers,** which is particularly helpful from an execution standpoint in times of heightened market volatility.

# REPORTING



## BROAD REACH CAPITAL, LP

**Secure online access** to your account

**Monthly** capital and performance reporting

**Independent third party administrator:**
Nottingham Investment Vehicle Solutions

**Independent third party audit firm:**
Sanville & Co.
- **Ranked in Top 20** Auditors of Hedge Funds
- **Ranked in Top 10** Mutual Fund Audit CPA Firms

# BROAD REACH CAPITAL, LP



## PERFORMANCE

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Annual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018 | 2.18% | 1.76% | 2.01 | 1.96 | 1.68 | 1.02 | 1.24 | 2.14 | 1.94 | | | | 17.10% |
| 2017 | 2.12% | 2.25% | 2.74% | 2.65% | 3.09% | 1.98% | 2.87% | 3.01% | 2.06% | 2.43% | 2.39% | 1.85% | 33.74% |
| 2016 | 0.68% | 1.15% | 2.12% | 2.35% | 2.96% | 3.59% | 3.75% | 4.21% | 1.97% | 2.78% | 3.02% | 2.31% | 35.59% |
| 2015 | 1.83% | 4.22% | 0.98% | 4.52% | 1.34% | 26.91% | 18.49% | 10.78% | 1.15% | 7.40% | 3.03% | 0.96% | 113.68% |

## STATISTICS

| | Fund | S&P 500 TRI | Barclay Multi Strat Index |
|---|---|---|---|
| Annualized ROR | 50.26% | 11.88% | 3.65% |
| Annualized Vol | 16.12%* | 10.09% | 2.32% |
| Sharpe | 2.65 | 1.03 | 1.35 |

| Fund vs. Indexes | | |
|---|---|---|
| | S&P 500 TRI | Barclay MS Index |
| Alpha | 59.08% | 67.26% |
| Beta | -0.11 | -1.79 |
| Correlation | -0.07 | -0.24 |

*The volatility of the Fund is due to upside volatility, principally from three months—June (+26.91%), July (+18.49%) and August (+10.78%) 2015. If those months were eliminated from the track record, the Annualized Volatility would drop to 4.36% from 17.14% while the Annualized Rate of Return would drop to 35.36% from 55.28%. This would in turn cause the Sharpe Ratio to increase to 6.89 from 2.65.

# OFFERING TERMS



## BROAD REACH CAPITAL, LP

| | |
|---|---|
| **Minimum Investment** | $1,000,000 |
| **Liquidity** | Monthly with 30 days' notice with no lock-up |
| **Management Fee** | 0% |
| **Incentive Fee** | 50% of profits in excess of a 8% annual return hurdle |
| **Administrator** | Nottingham Investment Vehicle Solutions (Rocky Mount, NC) |
| **Auditor** | Sanville & Co. (Abington, PA) |
| **Prime Broker** | ICBC (New York, NY) |



# Appendix



# BIOGRAPHIES



| | |
|---|---|
| **Brenda A. Smith** | Ms. Smith is the Founder and Chief Executive Officer of the Investment Manager. She is a Certified Public Accountant, Certified Internal Auditor and International Tax Specialist. Ms. Smith has been a serial entrepreneur since 1990, founding and/or investing in companies as diverse as accounting firms, healthcare companies, securities firms and investment advisory firms. In addition, Ms. Smith holds Series 7, 24, 27, 53, 63, 79 and 99 licenses. She is a graduate of Louisiana State University. |
| **Andrew E. Hurni** | Mr. Hurni has been the General Counsel of the Investment Manager since its inception and an advisor to Ms. Smith since 2005. He has practiced law since 1994, with expertise in the areas of securities law and regulation, hedge fund formation and regulation, and corporate law and business planning. Mr. Hurni is a graduate of Rutgers University and Quinnipiac University School of Law and also holds a Masters of Law-Taxation from Temple University School of Law. |
| **Scott Koppenheffer** | Mr. Koppenheffer has been an Options Strategist and Portfolio Manager for the Investment Manager since 2017 although his affiliation with Ms. Smith extends back to 2011. Mr. Koppenheffer's career began at the risk management arm of Deutsche Bank in New York in 2000. Over the course of his career, Mr. Koppenheffer has been an options market-maker and risk manager at various proprietary trading firms including GroupOne and Consolidated Trading where he developed his expertise in options trading and portfolio management. He received a Bachelor of Science in Business Administration from Fordham University. |
| **Jason Ferrari** | Mr. Ferrari has been an Options Strategist and Portfolio Manager of the Investment Manager since 2017. His career began at Susquehanna Investment Group in 1995. In 2004, Mr. Ferrari left Susquehanna to co-found Bullock Capital, a Philadelphia Stock Exchange market-making firm where he stayed until 2011. From 2012 until joining the Investment Manager, Mr. Ferrari was the head trader at Arsenal Securities. Over the course of his career, he has been a member of the Philadelphia Stock Exchange, American Stock Exchange and the Chicago Board of Trade, cultivating trading and risk management expertise in options, indexes and ETFs. He attended Drexel University in Philadelphia. |

# BIOGRAPHIES – CONT'D



| | |
|---|---|
| **Gregg Heimer** | Mr. Heimer has been the Chief Technology Officer of the Investment Manager since 2016, although he has been affiliated with Ms. Smith since 2009. His extensive technology background began in broadcast television, transitioning into network computing for large educational institutions before forming his own managed services organization specializing in the financial markets. In addition, he holds industry certifications in Cisco Systems, Extron, Corning, Ubiquiti, and VMWare. Mr. Heimer is a graduate of Millersville University and earned a Master of Science in Telecommunication and Network Management from Syracuse University. |
| **Grant Albitz** | Mr. Albitz has been the Director of IT Infrastructure of the Investment Manager since 2016. He is a 20-year technology veteran with expertise in virtualization, cloud security and telecommunications. Mr. Albitz has spent the majority of his career as a technology consultant, most recently in the aerospace and defense industries. He is a graduate of Penn College of Technology with degrees in Networking and Data Communications. |

# DISCLOSURES



The following materials describe Bristol Advisors, LLC (the "Investment Manager") and Broad Reach Capital, LP (the "Fund"). Interests in the Fund ("Interests") have not been and will not be registered under the U.S. Securities Act of 1933, as amended (the "Securities Act"), the securities laws of any U.S. state or of any other jurisdiction. The Interests will be offered and sold in the U.S. and abroad under one or more exemptions from the Securities Act. Additionally, the Fund is not registered as an investment company under the U.S. Investment Company Act of 1940, as amended.

Past performance of the Fund and its principals are not indicative of future results; nor are any trading or market data presented in these materials indicative of future outcomes.

SPECULATIVE AND RISKY INVESTMENT  Investing in any security can be speculative, risky and unsuitable for some investors. This is especially true of an investment in an investment fund, such as Broad Reach that is not part of a diversified and long-term investment program and/or that is made with leverage. These materials presume that the reader is an experienced and sophisticated investor who is willing to bear significant risks.

NO OFFER OR RECOMMENDATION   No investment advisory, financial consulting or other professional relationship is formed or implied by delivery of these materials. These materials shall not constitute an offer to sell, or the solicitation of any offer to buy, any securities; nor shall they constitute investment advice or the recommendation or endorsement of any particular investment strategy or program.

No tax, accounting, legal or other professional advice may be construed from these materials. These materials are provided solely to illustrate the views of the Fund as to the security or securities described and not to the appropriateness or suitability of the security or securities for any particular investor.

NO GUARANTEE AS TO COMPLETENESS  The information contained in these materials does not purport to contain all of the information that may be required to evaluate an investment. Before taking any action, the reader is urged to conduct independent analysis of the data, analysis and views presented.

NO GUARANTEE AS TO ACCURACY  While all the information included in the materials is believed to be accurate, the Investment Manager and the Fund cannot and do not make any express warranty as to its completeness or accuracy; nor can it accept responsibility for errors or omissions appearing in the presentation. Certain macroeconomic, commercial and other statistical data and information shown were obtained from public and/or private third-party sources. It cannot be presumed that independent analysis of such information or data has been performed.

FORWARD-LOOKING STATEMENTS  All projections, market outlooks or estimates in these materials constitute "forward-looking statements" and are based on certain assumptions. Assumptions about events or outcomes that have not yet taken place are inherently unpredictable. Other events, which were not taken into account in formulating such projections, outlooks, estimates or assumptions, may occur and may significantly affect the same. Any projections, outlooks, estimates or assumptions should not be construed as indicative of actual events that will occur.

NO OBLIGATION TO UPDATE   The information contained in these materials may include estimates or information that is preliminary or otherwise subject to change without notice. The Investment Manager and the Fund assume no obligation to update, correct or otherwise revise these materials.

PRIOR PERFORMANCE  Past performance does not guarantee future results. Actual results may vary. Performance results shown may be unaudited and subject to change.

CONFIDENTIALTY; TAX DISCLAIMER  The information contained herein is confidential information and is intended of the use by the intended recipient only. By accepting such information, you agree that you will, and you will cause your directors, partners, officers, employees, affiliates, agents and representatives to, use such information only to evaluate your potential interest in an investment in the Fund and for no other purpose, and you will not provide or divulge any such information to any other party or summarize or otherwise refer to such information. You further agree to return these materials promptly upon request.

Notwithstanding the foregoing, you (and each of your employees, representatives or other agents) may disclose to any and all persons, without limitation of any kind, the tax treatment and tax structure of the investment strategies contemplated by these materials and all materials of any kind (including opinions or other tax analyses) that are provided to you relating to such tax treatment and structure. For this purpose, the tax treatment of a transaction is purported or claimed U.S. federal tax income treatment of the transaction and the tax structure of a transaction is any fact that may be relevant to understanding the purported or claimed U.S. federal income tax treatment of the transaction.





200 Conshohocken State Road, Suite 211

Conshohocken, PA 19428

Phone: 610.671.2346

info@bristoladv.com