# **Exhibit 13**



Ariel Shlien <ariel@surefirecapital.com>

## FW: November 2018 Statement
1 message

**Brenda Smith** <bsmith@broadreachcap.com>  Tue, Dec 11, 2018 at 12:03 PM
To: Ariel Shlien <ariel@surefirecapital.com>

Here you go

Brenda Smith

200 Four Falls, Suite 211

1001 Conshohocken State Road

West Conshohocken, PA  19428

Office: 610.862.0880 ext 202  *  Mobile:  610.310.8936  *  Fax: 484-351-8093

**From:** Brooke Cockrell <brooke.cockrell@ncshare.com>
**Sent:** Tuesday, December 11, 2018 4:57 PM
**To:** Brenda Smith <bsmith@broadreachcap.com>
**Cc:** Brooke Cockrell <brooke.cockrell@ncshare.com>; Ryan Hale <ryan.hale@nottinghamco.com>
**Subject:** November 2018 Statement

Hey Brenda,

I have attached your November statement. Please let me know if you have any questions.

Thanks.

Brooke



Brooke Cockrell | Director, Shareholder Services
Ph: 252.984.3816 x236
116 S Franklin Street, PO Box 69, Rocky Mount, NC 27802-0069
brooke.cockrell@ncshare.com  |  www.nottinghamco.com



**November 2018.pdf**
73K

# Broad Reach Capital OnShore

**Investor Statement For:**

| | |
|---|---|
| Investor Id: | 1061-000050-01 |
| Month Beginning | November 01, 2018 |
| Month Ended: | November 30, 2018 |

Brenda Smith

## Statement of Changes in Partner's Capital (Unaudited)

| | Current Month | Year to Date |
|---|---:|---:|
| Beginning Capital | 12,939,788.48 | 0.00 |
| Contributions | 0.00 | 3,138,568.00 |
| Withdrawals | (1,000,000.00) | (2,000,000.00) |
| Gain (Loss) | 1,543,779.76 | 12,345,000.24 |
| Ending Capital | 13,483,568.24 | 13,483,568.24 |

*These figures are subject to change based upon a year-end audit.*