# **Exhibit 15**



**BLANK ROME**

One Logan Square
130 North 18th Street | Philadelphia, PA 19103
*Phone:*     *(215) 569-5691*

*Fax:*       *(215) 832-5691*

*Email:*     *shtasel@blankrome.com*

March 25, 2019

**VIA EMAIL (hgroedel@ulmer.com) AND FEDEX**

Howard Groedel
Ulmer
1660 West 2nd Street, Suite 1100
Cleveland, OH  44113-1406

    Re:  Broad Reach Capital, LP

Dear Mr. Groedel:

  We are in receipt of your letter of March 22, 2019, in which you attach Mr. Shlien's Redemption Request. The Redemption Request will be processed pursuant to the standard terms of Section 7.1 of the LPA.

Sincerely,

Laurence S. Shtasel

cc:  Brenda Smith
   Alan L. Zeiger

153365.00102/118561975v.1

Blank Rome LLP | blankrome.com