# **<u>Exhibit 16</u>**

# Subject: RE: Broad Reach Capital

 **Shtasel, Laurence** <Shtasel@blankrome.com>
to Groedel, Howard, Brenda A Smith, Zeiger, Alan L.

**You are viewing an attached message.** SureFire Capital Mail can't verify the authenticity of att

Dear Mr. Groedel,

     The effective redemption date would be April 30, 2019.  The wire would go out on May 15, 20

     Sincerely,

**Laurence S. Shtasel** | BLANKROME

One Logan Square | 130 North 18th Street | Philadelphia, PA 19103
O: 215.569.5691 | F: 215.832.5691 | shtasel@blankrome.com

---

**From:** Groedel, Howard [mailto:hgroedel@ulmer.com]
**Sent:** Wednesday, March 27, 2019 9:17 AM
**To:** Shtasel, Laurence <Shtasel@BlankRome.com>
**Subject:** RE: Broad Reach Capital

Letter received. Thank you.

Can you please tell me the effective redemption date and estimated distribution date of the re

Regards,

**Howard M. Groedel**



DIRECT: 216.583.7118
DIRECT FAX: 216.583.7119
hgroedel@ulmer.com | bio | vCard

**Ulmer & Berne LLP**

1660 West 2nd Street, Suite 1100

Cleveland, Ohio 44113-1406

MAIN: 216.583.7000

Ulmer.com



---