# **Exhibit 17**

# Broad Reach Capital OnShore

**Investor Statement For:**

| | |
|---|---|
| Investor Id: | 1061-000051-10 |
| Month Beginning | April 01, 2019 |
| Month Ended: | April 30, 2019 |

SureFire Capital
8360 Bougainville
Suite 201
Montreal, QC H4P 2G1

## Statement of Changes in Partner's Capital (Unaudited)

| | Current Month | Year to Date |
|---|---:|---:|
| Beginning Capital | 46,598,676.84 | 0.00 |
| Contributions | 0.00 | 46,090,190.90 |
| Withdrawals | (46,598,676.84) | (46,598,676.84) |
| Gain (Loss) | 0.00 | 508,485.94 |
| Ending Capital | 0.00 | 0.00 |

*These figures are subject to change based upon a year-end audit.*