# Exhibit 18

Access to Portal – from link provided in the email



Account Statement – after login



Statements & Confirms – select statement page for download

