# **Exhibit 19**



Christel Leighton <christel@surefirecapital.com>

---

### Re: Redemption Request - Broad Reach Capital
1 message

---

**Christel Leighton** <christel@surefirecapital.com>     Mon, May 6, 2019 at 2:13 PM
To: Brenda Smith <bsmith@bristoladv.com>
Cc: Kip Meadows <kip.meadows@nottinghamco.com>, Kellie Masters <kellie.masters@ncshare.com>, Ariel Shlien <ariel@surefirecapital.com>, Shareholder Services <shareholders@ncshare.com>

Hi Brenda,
Thank you so much for your quick response.

Warm regards,
Christel



**Christel Leighton**
Executive Assistant to Ariel Shlien
8360 Bougainville St. Suite 201.
Montreal, Quebec H4P 2G1
Tel: 514-344-4181 ext.: 149

Securities offered through Rainmaker Securities, LLC – a registered broker dealer, Member FINRA/SIPC. 11390 W. OLYMPIC BLVD, SUITE 380, LOS ANGELES, CA 90064. Investment opportunities listed with Rainmaker Securities, LLC involve a high degree of risk, and are only suitable for "accredited investors" as defined by the U.S. Securities and Exchange Commission. All investors are encouraged to seek legal and other professional counsel prior to making any investments.

DISCLAIMER: This message and any attachment(s) is intended solely for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. The information contained within this message is not an offer to purchase or solicitation to sell securities or any other financial instrument of any kind. Rainmaker Securities, LLC makes no representation or warranty regarding the correctness of any information contained herein. If you have received this communication in error, please delete it and notify us immediately.

---

On Mon, May 6, 2019 at 1:57 PM Brenda Smith <bsmith@bristoladv.com> wrote:

> When we get closer to May 15. So far, we are on track. Brenda
>
> **From:** Christel Leighton <christel@surefirecapital.com>
> **Sent:** Monday, May 6, 2019 1:55 PM
> **To:** Brenda Smith <bsmith@bristoladv.com>
> **Cc:** Kip Meadows <kip.meadows@nottinghamco.com>; Kellie Masters <kellie.masters@ncshare.com>; Ariel Shlien <ariel@surefirecapital.com>; Shareholder Services <shareholders@ncshare.com>
> **Subject:** Re: Redemption Request - Broad Reach Capital
>
> Hi Brenda,
>
> Thank you for your email, would you be able to provide an update on the wire transfer?

Warm regards,

Christel

**Christel Leighton**
Executive Assistant to Ariel Shlien
8360 Bougainville St. Suite 201.
Montreal, Quebec H4P 2G1
Tel: 514-344-4181 ext.: 149

Securities offered through Rainmaker Securities, LLC – a registered broker dealer, Member FINRA/SIPC. 11390 W. OLYMPIC BLVD, SUITE 380, LOS ANGELES, CA 90064. Investment opportunities listed with Rainmaker Securities, LLC involve a high degree of risk, and are only suitable for "accredited investors" as defined by the U.S. Securities and Exchange Commission. All investors are encouraged to seek legal and other professional counsel prior to making any investments.

DISCLAIMER: This message and any attachment(s) is intended solely for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. The information contained within this message is not an offer to purchase or solicitation to sell securities or any other financial instrument of any kind. Rainmaker Securities, LLC makes no representation or warranty regarding the correctness of any information contained herein. If you have received this communication in error, please delete it and notify us immediately.

On Mon, May 6, 2019 at 1:49 PM Brenda Smith <bsmith@bristoladv.com> wrote:

> Email received.
>
> **From:** Christel Leighton <christel@surefirecapital.com>
> **Sent:** Monday, May 6, 2019 12:15 PM
> **To:** Brenda Smith <bsmith@bristoladv.com>
> **Cc:** Kip Meadows <kip.meadows@nottinghamco.com>; Kellie Masters <kellie.masters@ncshare.com>; Ariel Shlien <ariel@surefirecapital.com>; Shareholder Services <shareholders@ncshare.com>
> **Subject:** Re: Redemption Request - Broad Reach Capital
>
> Hi Brenda,
>
> I just want to make sure that you received my email from last Friday.
>
> Please confirm receipt of this email.
>
> Warm regards,
>
> Christel

**Christel Leighton**
Executive Assistant to Ariel Shlien
8360 Bougainville St. Suite 201.
Montreal, Quebec H4P 2G1
Tel: 514-344-4181 ext.: 149

Securities offered through Rainmaker Securities, LLC – a registered broker dealer, Member FINRA/SIPC. 11390 W. OLYMPIC BLVD, SUITE 380, LOS ANGELES, CA 90064. Investment opportunities listed with Rainmaker Securities, LLC involve a high degree of risk, and are only suitable for "accredited investors" as defined by the U.S. Securities and Exchange Commission. All investors are encouraged to seek legal and other professional counsel prior to making any investments.

DISCLAIMER: This message and any attachment(s) is intended solely for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. The information contained within this message is not an offer to purchase or solicitation to sell securities or any other financial instrument of any kind. Rainmaker Securities, LLC makes no representation or warranty regarding the correctness of any information contained herein. If you have received this communication in error, please delete it and notify us immediately.

On Fri, May 3, 2019 at 10:40 AM Christel Leighton <christel@surefirecapital.com> wrote:

> Hi Brenda,
>
> Would you have an update to the wire transfer? I know it was confirmed for in and around May 15th, I wanted to get a confirmation that this is still correct.
>
> Warm regards,
>
> Christel
>
> **Christel Leighton**
> Executive Assistant to Ariel Shlien
> 8360 Bougainville St. Suite 201.
> Montreal, Quebec H4P 2G1
> Tel: 514-344-4181 ext.: 149
>
> Securities offered through Rainmaker Securities, LLC – a registered broker dealer, Member FINRA/SIPC. 11390 W. OLYMPIC BLVD, SUITE 380, LOS ANGELES, CA 90064. Investment opportunities listed with Rainmaker Securities, LLC involve a high degree of risk, and are only suitable for "accredited investors" as defined by the U.S. Securities and Exchange Commission. All investors are encouraged to seek legal and other professional counsel prior to making any investments.
>
> DISCLAIMER: This message and any attachment(s) is intended solely for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under