# **Exhibit 22**

# BLANKROME

One Logan Square
130 North 18th Street | Philadelphia, PA 19103-6998

*Phone:* *(215) 569-5344*
*Fax:* *(215) 832-5344*
*Email:* *chomentowski@blankrome.com*

June 27, 2019

**VIA EMAIL**

William C. Nystrom, Esq.
NYSTROM BECKMAN & PARIS LLP
One Marina Park Drive, 15th floor
Boston, Massachusetts 02210

Re: **Demand to Inspect and Copy Books, Records, Reports, Accounts, and Schedules of Broad Reach Capital, LP**

Dear William:

As you know, this firm is counsel to Brenda Smith and Broad Reach Capital, LP, and we write to respond to your June 25, 2019 letter requesting an inspection of the books and records of Broad Reach Capital, LP. We acknowledge the request, including the eleven specific categories of records that you are interested in viewing. Due to the breadth of the request, we will need additional time to gather the materials, including time to remove the confidential and/or privileged materials as permitted by Section 9.1 of the Limited Partnership Agreement ("provided, however, that confidential communications between the Partnership and its legal counsel may be withheld from a Limited Partner in the General Partner's reasonable discretion"). We would like to coordinate a mutually agreeable time and place for the inspection to occur, and we expect to be able to set a date for the inspection during the week of July 8.

Very truly yours,

*[signature]*

STEPHANIE C. CHOMENTOWSKI

cc: Laurence S. Shtasel
(via email)