# **Exhibit 24**

| | |
|---|---|
| **From:** | Kip Meadows |
| **Sent:** | Wednesday, June 06, 2018 10:27 AM |
| **To:** | Kate Honey |
| **Subject:** | Re: Full Redemption from broadreach |

Understand. I can find that out with a call to him. I'll also reach back out to her.

The good thing is that a non registered fund isn't under purview of either SEC or FINRA and our role certainly isn't but just like with any lawsuit, it doesn't necessarily matter whether it will succeed, it's the hassle expense factor during

kip

-------- Original message --------
From: Kate Honey
Date: 6/6/18 10:20 (GMT-05:00)
To: Kip Meadows
Subject: RE: Full Redemption from broadreach

I have concern that 1) contract states we're valuing, 2) we have documentation I think saying we need this info in order to be able to value, but never received it, it might still be hard to prove. Based on that latest communication, she's had back/forth with him on calculations and could be throwing Nottingham under the bus. We do not know b/c we are cut out!
I fear she could use Nottingham as scapegoat!



Kate Honey | EVP, Client Development
Ph: 252.984.3808 | Cell: 252.955.3248
116 S Franklin Street, PO Box 69, Rocky Mount, NC 27802-0069
kate.honey@nottinghamco.com | www.nottinghamco.com

**From:** Kip Meadows
**Sent:** Wednesday, June 06, 2018 10:18 AM
**To:** Kate Honey
**Subject:** Re: Full Redemption from broadreach
I was thinking that. I should call him and express empathy and offer to help. Make sure our role is clear in that conversation
kip
-------- Original message --------
From: Kate Honey <kate.honey@ncfunds.com>
Date: 6/6/18 10:16 (GMT-05:00)
To: Kip Meadows <kip.meadows@nottinghamco.com>
Subject: RE: Full Redemption from broadreach

1

Latest email from the Investor below – we need to decide how to proceed. Should you call the Investor to ensure that he definitively knows Nottingham has nothing to do with it? It would not be helpful to have Nottingham's name mentioned in complaints filed with SEC and FINRA.

-----
**From:** Jeff Bydalek [mailto:jeff@credit-americas.com]
**Sent:** Wednesday, June 06, 2018 8:51 AM
**To:** Madam Chair <mc@cvii.uk>; dhurni@aol.com; nmatteo@sanvilleco.com; Linda Smith <LBoffice@samsmithlaw.com>; Brooke Cockrell <brooke.cockrell@ncshare.com>; bsmith@bristoladv.com; bsmith@cvinv.com; bsmith6@comcast.net; mgalantino@cvbrokerage.com
**Cc:** Mathew <Mfd@rccblaw.com>; MHirschfield@rccblaw.com; RBraunfeld@rccblaw.com; Keith.Cadden@morganstanley.com
**Subject:** Re: Full Redemption from broadreach

## OFFER OF COMPROMISE PURSUANT TO FRE 408

Brenda, the $7,414,682.17 is not all inclusive, it is merely the amount I have redeemed out of Broadreach. I am not sure why you keep insisting it is anything to the contrary. In case you somehow forgot that the $670,000 you paid me is not part of the $7,414,682.17 redemption, I am attaching your email from April 17, 2018 stating that, and I quote, "$670,000 … covers the 'extra' $500,000 contributed as well as March and April payments of $85,000 each". To claim anything else now is just wrong and you know it. The bottom line is you still owe me $4,914,682.17 related to this redemption and I expect and demand to receive every cent of it. As for your new suggested timeline allowing you until June 22nd to get me the remaining money, that is not only unacceptable, it also is contrary to the email you sent me on May 31, 2018, promising a "full redemption" in 10 to 15 days, i.e. by June 10-15th at the latest.

I am completely out of patience at this point and not willing to let you to continue to move the goalposts for a redemption that was requested months ago. As a final show of good faith, I will agree to the following dates for progress payments – (1) the first $500,000 plus my $85,000 monthly distribution for May (I do not agree with your "new" calculation and in any event we have not received that wire yet, despite your promise to deliver May 31st) must both be made by noon on June 7th; (2) the second $500,000 must be made by noon on June 12th; and (3) the final payment of $3,914,682.17 must be made by noon on June 15th. To be clear, if these payments are not made as outlined, when I referred in my prior email to "begin drafting papers" I meant to proceed with filing claims with the SEC, FINRA and under federal and common law related to your conduct. Please be guided accordingly.

Jeff Bydalek
Chairman & CEO
Credit the Americas, LP
Cell +1-215-519-8877
www. credit-americas.com

**From:** Kip Meadows
**Sent:** Wednesday, June 06, 2018 9:11 AM
**To:** Kate Honey <kate.honey@ncfunds.com>
**Subject:** Re: Full Redemption from broadreach

She did reach out and said it was all in process that was maybe Thursday. I can follow up again if that will be helpful do we know the status?
kip
-------- Original message --------
From: Kate Honey <kate.honey@ncfunds.com>
Date: 6/6/18 08:56 (GMT-05:00)
To: Kip Meadows <kip.meadows@nottinghamco.com>
Subject: FW: Full Redemption from broadreach

Have you had any further responses from Brenda to your direct email? Brooke asked if she should proceed with entering Brenda's other Shareholder trades and I told her not to until further notice.



Kate Honey | EVP, Client Development
Ph: 252.984.3808 | Cell: 252.955.3248
116 S Franklin Street, PO Box 69, Rocky Mount, NC 27802-0069
kate.honey@nottinghamco.com | www.nottinghamco.com



**From:** Brooke Cockrell
**Sent:** Wednesday, June 06, 2018 8:52 AM
**To:** Kate Honey <kate.honey@ncfunds.com>; Kellie Masters <kellie.masters@ncshare.com>; Kip Meadows <kip.meadows@nottinghamco.com>
**Cc:** Brooke Cockrell <brooke.cockrell@ncshare.com>
**Subject:** FW: Full Redemption from broadreach



Brooke Cockrell | Director, Shareholder Services
Ph: 800.773.3863 x236
116 S Franklin Street, PO Box 69, Rocky Mount, NC 27802-0069
brooke.cockrell@ncshare.com | www.nottinghamco.com

**From:** Jeff Bydalek [mailto:jeff@credit-americas.com]
**Sent:** Wednesday, June 06, 2018 8:51 AM
**To:** Madam Chair <mc@cvii.uk>; dhurni@aol.com; nmatteo@sanvilleco.com; Linda Smith <LBoffice@samsmithlaw.com>; Brooke Cockrell <brooke.cockrell@ncshare.com>; bsmith@bristoladv.com; bsmith@cvinv.com; bsmith6@comcast.net; mgalantino@cvbrokerage.com
**Cc:** Mathew <Mfd@rccblaw.com>; MHirschfield@rccblaw.com; RBraunfeld@rccblaw.com; Keith.Cadden@morganstanley.com
**Subject:** Re: Full Redemption from broadreach

## *OFFER OF COMPROMISE PURSUANT TO FRE 408*

Brenda, the $7,414,682.17 is not all inclusive, it is merely the amount I have redeemed out of Broadreach. I am not sure why you keep insisting it is anything to the contrary. In case you somehow forgot that the $670,000 you paid me is not part of the $7,414,682.17 redemption, I am attaching your email from April 17, 2018 stating that, and I quote, "$670,000 … covers the 'extra' $500,000 contributed as well as March and April payments of $85,000 each". To claim anything else now is just wrong and you know it. The bottom line is you still owe me $4,914,682.17 related to this redemption and I expect and demand to receive every cent of it. As for your new suggested timeline allowing you until June 22nd to get me the remaining money, that is not only unacceptable, it also is contrary to the email you sent me on May 31, 2018, promising a "full redemption" in 10 to 15 days, i.e. by June 10-15th at the latest.

I am completely out of patience at this point and not willing to let you to continue to move the goalposts for a redemption that was requested months ago. As a final show of good faith, I will agree to the following dates for progress payments – (1) the first $500,000 plus my $85,000 monthly distribution for May (I do not agree with your "new" calculation and in any event we have not received that wire yet, despite your promise to deliver May 31st) must both be made by noon on June 7th; (2) the second $500,000 must be made by noon on June 12th; and (3) the final payment of $3,914,682.17 must be made by noon on June 15th. To be clear, if these payments are not made as outlined, when I referred in my prior email to "begin drafting papers" I meant to proceed with filing claims with the SEC, FINRA and under federal and common law related to your conduct. Please be guided accordingly.

    Jeff Bydalek
    Chairman & CEO
    Credit the Americas, LP
    Cell +1-215-519-8877
    www. credit-americas.com